UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEREK WOODS,<br><br>         Plaintiff,<br><br>    v.<br><br>JACKSON COUNTY JAIL, et al.,<br><br>         Defendants. | Case No. 3:22-cv-002283-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on a Motion to Compel Plaintiff's Answers to Interrogatories (Doc. 28). Defendant Connie Falkenburry filed the motion on March 8, 2024. Being duly advised in the premises, having fully considered the issues and arguments raised, the Court hereby **GRANTS** the motion.

Pursuant to Fed. R. Civ. Pro. 37(3)(B), the Plaintiff is **ORDERED** to serve answers to Falkenburry's interrogatories in their entirety within fourteen (14) days. Failure to answer the interrogatories by April 9, 2024, may result in dismissal of this action for lack of prosecution.

IT IS SO ORDERED.
DATED: March 25, 2024

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**